193 So.2d 525

**STATE of Louisiana Through the DEPART-MENT OF HIGHWAYS**

**v.**

**R. Woodruff McGILL.**

No. 48488.

Jan. 18, 1967.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu, 191 So.2d 346.

The application is denied. According to the facts of the case, as found by the Court of Appeal the result reached by the Court is correct.